UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Betty L. Leanna,

Plaintiff,

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Twin Cities' Stores, Inc.,
a Delaware corporation, d/b/a
as "Oasis Market,"

Defendant.

Court File No.: 01-CV-364 (ADM/SRN)

---

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendant, through their respective undersigned attorneys, that the above-entitled action may be and is hereby dismissed upon the merits with prejudice and without costs to either party. The Court may enter judgment herein dismissing the action accordingly.

Dated: 5/1/01

NICHOLS KASTER & ANDERSON

John A. Fabian, #13482X
Attorney for Plaintiff
4644 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-1919

MAY 04 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 04 2001
DEPUTY CLERK

Dated: May 2, 2001

DORSEY & WHITNEY LLP

David Trevor

David Trevor #152997
Michael P. Iwan # 028628X
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600
Attorneys for Defendant

**ORDER**

Based upon the stipulation of the parties of record, herein, through respective counsel, this action shall be and hereby is DISMISSED WITH PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 3, 2001

BY THE COURT:

Ann Montgomery

**Ann D. Montgomery**
United States District Court Judge